FELICE JOHN VITI, Acting United States Attorney (#7007)
PETER REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| In the matter of the application for authorization to search two (2) United States Postal Service (USPS) Priority Mail Packages with Parcel Tracking Nos. **9505515181725065068173** and **9505515181725065068197** more fully described in Attachment A | Case No.: 2:25mj226 JCB<br>2:25mj227 JCB<br><br>APPLICATION IN SUPPORT OF APPLICATION FOR SEARCH WARRANT<br><br>The Honorable Jared C. Bennett<br>United States Magistrate Judge |

**AFFIDAVIT**

I, Solomon Ettinger, being duly sworn, hereby depose and say:

1.  Your affiant, USPIS Task Force Officer Solomon Ettinger, is a POST certified and sworn peace officer in the state of Utah, since 2017. I am currently assigned as a Detective with the Utah County Major Crimes Task Force, and a Task Force Officer with the United States Postal Inspection Service. I specialize in narcotics investigations. Along with my POST certification, I successfully completed a Field Training Officer program and am a member of the SWAT team. I have experience investigating crimes such as Theft, Criminal Mischief, DUI, Fraud, Domestic Violence, and other Utah Criminal Code violations. I have training and experience in the identification of drugs as well as their methods of use and distribution. Your affiant has training and experience in

1

identifying signs of impairment related to drugs and alcohol. I have experience in search warrants related to suspects using and/or distributing illegal substances and executing them as a member of the Provo Police Department, Utah County Major Crimes Task Force, and United States Postal Inspection Service. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including, production, transportation, distribution, and use of illegal substances.

2.  I am currently assigned to investigate a variety of federal violations to include controlled substances being transported via the United States Mails. As part of my duties as a Postal Inspector Task Force Officer, I investigate crimes involving the United States Mail including Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance, and Title 18 United States Code, Section 1956, Laundering of monetary instruments. The facts and information contained in this affidavit have been obtained by me personally or provided to me by other law enforcement officers and postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant from the court, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the search warrant.

3.  Based on my training and experience, I am aware that the United States Postal Service mail system is frequently used to transport illicitly used drugs, including controlled substances, and money associated with drug trafficking and other illicit activities to areas throughout the United States. I also know that many subjects prefer

mail/delivery services such as Priority Mail because of the reliability and the ability to track the article's progress to the intended delivery point. The fast delivery time with Priority Mail is a big draw for senders of illicit money and drug parcels to get the items delivered in the least amount of time possible to avoid detection by law enforcement. Priority Mail is usually delivered within 1-3 days, which is a big draw for drug traffickers to get the product in their buyer's hands. USPS processes millions of Priority Mail parcels which is a draw to drug traffickers since their drug parcel will be mixed in with such a high volume of other parcels. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item and may decline the parcel in fear that law enforcement is monitoring the delivery.

4. Based on my training and experience regarding the use of Priority Mail for the transportation of controlled substances and illicit proceeds through the U.S. Mail, I know these types of mailings often bear the following characteristics:

   a. Fictitious names, alternate addresses, or incomplete names and/or addresses in an attempt to conceal their identity from law enforcement, most often by the sender of the parcel.

   b. Parcels from California, particularly near the Mexico border are a well-known source for drug trafficking.

   c. Cash payment for shipping to avoid detection by law enforcement.

   d. Multiple parcels shipped to the same address from the same geographical area, showing a pattern of drug trafficking.

5. Based on my training and experience, I know drug traffickers and their associates will often use fictitious names or incomplete names and/or addresses in an

attempt to conceal their identity from law enforcement. Address verifications are conducted, and the return addresses listed on the articles are often either fictitious or sender names are not associated with the address.

6. This affidavit is made in support of an application for a search warrant on two (2) United States Postal Service Priority Mail parcels packaged in white Medium Flat Rate boxes (SUBJECT PARCELS). The SUBJECT PARCELS are believed to contain illicit money or drugs as part of a drug trafficking scheme. The SUBJECT PARCELS are described and defined as follows:

    a) 9505515181725065068173 described as a white Medium Flat Rate box measuring approximately 12"x3.5"x14.125" addressed to Jason Carpenter; 231 Ashbrook Cir., Midvale, Utah 84047 and bearing a return address of Ryan Tippit, 1107 17th St, APT C, Santa Monica, CA 90403; shipped on March 06, 2025, from the Santa Monica, CA Post Office via the United States Postal Service (USPS) weighing 8 lb, 13 oz, with a shipment cost of $19.15.

    b) 9505515181725065068197 described as a white Medium Flat Rate box measuring approximately 12"x3.5"x14.125" addressed to Jason Carpenter; 231 Ashbrook Cir., Midvale, Utah 84047 and bearing a return address of Ryan Tippit, 1107 17th St, APT C, Santa Monica, CA 90403; shipped on March 06, 2025, from the Santa Monica, CA Post Office via the United States Postal Service (USPS) weighing 8 lb, 13 oz, with a shipment cost of $19.15.

## BACKGROUND INVESTIGATION

7.  On March 05, 2025, I was conducting electronic interdiction activities utilizing USPS business record lists of parcels coming into Salt Lake City at a USPS processing facility located in Salt Lake City. I found the SUBJECT PARCELS suspicious due to several characteristics consistent with drug trafficking through the mail.

8.  I found the SUBJECT PARCELS a) and b) return addresses of Ryan Tippit, 1107 17th St, APT C, Santa Monica, CA 90403 to be suspicious in nature after checking law enforcement paid databases and finding that the listed return address had no "Ryan Tippit" registered as living there. I also noted from USPS business records no parcels going to that address had ever been addressed to "Ryan Tippit". From my training and experience, I believe that the return addresses used are likely false names and addressed that are used to conceal the true sender's identity and thwart law enforcement investigations as is common with parcels involved in narcotics trafficking.

9.  I noted in further research of USPS business records that the recipient address of Jason Carpenter; 231 Ashbrook Cir., Midvale, Utah 84047 has received multiple other several pound parcels on a consistent basis, all paid in cash from the same geographical area in the Los Angeles area of California. I researched four (4) of these previous parcels through USPS business records that had been shipped since April, 2024. I was able to pull historical information for two (2) and found each contained a false return address, and each bore the same recipient address to Jason Carpenter. I noted that the two historical parcels appeared to bear the exact same or extremely similar handwriting as the SUBJECT PARCELS. I noted that each of these researched parcels and SUBJECT PARCELS originated in the Los Angeles, California geographical area which is only ~100 miles from the border of Mexico. I know from my training and

experience that border cities such as Los Angeles area a source area for narcotics entering into the United States.

10. I noted that each of the historical parcels shipping costs were paid in cash. I know from my training and experience that parcels paid in cash are often indicative of drug trafficking in the mail due to the difficulty of tracking cash payments. This is often a tactic used in attempt to thwart law enforcement investigations.

11. On March 09, 2025, I intercepted the SUBJECT PARCELS at the distribution center in Salt Lake City, Utah and transported them to the Santaquin City Police Department, Utah for further investigation.

12. On March 09, 2025, I met with Santaquin Police Sergeant Lerwill at the Santaquin Police Department to conduct a drug detection sniff of the SUBJECT PARCELS with his police K-9, Roxy. I placed three (3) boxes which gave the appearance of being parcels on the ground around the room along one SUBJECT PARCEL at a time. I did not inform Sergeant Lerwill which parcel was believed to contain illegal drugs. After each detection sniff by the K-9, I rotated the three boxes and removed a SUBJECT PARCEL and replaced it with a different SUBJECT PARCEL.

13. Sergeant Lerwill reported that K-9 Roxy showed a positive alert on the SUBJECT PARCELS a) and b) with an indication to the presence of the odor of illegal narcotics (SQPD Report: 25SQ01115). I then transported the SUBJECT PARCELS to the Provo City Police Department for storage until a warrant can be obtained.

14. Sergeant Lerwill is a certified Peace Officer in the State of Utah and recertified through POST with K-9 Roxy in May 2024. K-9 Roxy is certified in detecting the presence of methamphetamine, heroin, and cocaine.

15. Based on the aforementioned facts, your Affiant believes there is probable cause that the SUBJECT PARCELS a) and b) described in Paragraph No. 6 contain controlled substances and/or proceeds from the trafficking of controlled substances, or other illegal activities that involve the movement of drugs or currency that would have the smell of drugs, constituting evidence of violations of Title 18, United States Code, Section 1716, Nonmailable Matter, Title 21, United States Code, Sections 841(a)(1), Possession with Intent to Distribute a Controlled Substance, 843(b), Unlawful use of a Communication Facility to Facilitate the Distribution of a Controlled Substance.

_____
Solomon G. Ettinger
USPIS Task Force Officer

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. Rule 41 on this 10th day of March 2025.

_____
HON. JARED C. BENNETT
United States Magistrate Judge

**Attachment A**

Two (2) Priority Mail parcels bearing the following tracking numbers:

    a) **9505515181725065068173** described as a white Medium Flat Rate box measuring approximately 12"x3.5"x14.125" addressed to Jason Carpenter; 231 Ashbrook Cir., Midvale, Utah 84047 and bearing a return address of Ryan Tippit, 1107 17th St, APT C, Santa Monica, CA 90403.

    b) **9505515181725065068197** described as a white Medium Flat Rate box measuring approximately 12"x3.5"x14.125" addressed to Jason Carpenter; 231 Ashbrook Cir., Midvale, Utah 84047 and bearing a return address of Ryan Tippit, 1107 17th St, APT C, Santa Monica, CA 90403.

Each of these parcels are being held at the Provo City Police Department, Utah, and have been held at the Provo City Police Department since March 09, 2025

*Subject Parcel images:*



*Previous parcel images:*



